IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE K. WHITE,        Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 22-CV-3668 |
| MS. TINA PAGOTTO, *et al.*,        Defendants. | : : | |

**ORDER**

AND NOW, this 18th day of November, 2022, upon consideration of Plaintiff Tyrone K. White's "Statement of Claim" (ECF No. 13), construed as an Amended Complaint, and Motion to Appoint Counsel (ECF No. 14), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Motion to Appoint Counsel is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, J.**